**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Janelle A. Dixon                       CHAPTER 13

Debtor(s)

BKY. NO. 19-16266 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                              Respectfully submitted,

                                              /s/ *Rebecca Solarz*
                                              Rebecca Solarz
                                              05 Nov 2020, 15:09:56, EST

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322