# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 19-16266 |
| | : | |
| Janelle A. Dixon | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 13 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor PHEAA;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $975.09 has been filed in your name by Jeremy Muthersbaugh on 01/26/2022.

Dated: <u>January 27, 2022</u>

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: <u>Antoinette Stevenson</u>
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)