**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 19-16266 |
| | | Chapter 13 |
| Janelle A. Dixon, | | |
| | : | |
| Debtor. | | |
| | : | Judge Patricia M. Mayer |
| | : | **NOTICE OF CHANGE OF ADDRESS FOR CREDITOR** |

Comes now the Creditor, ADT LLC, and provides Notice of a Change of Address as indicated below.

1. NEW address for creditor PAYMENT:   452 Sable Boulevard, Unit G, Aurora, CO 80011

    OLD address for creditor PAYMENT:   3190 South Vaughn Way, Aurora, CO 80014

2. NEW address for creditor NOTICE:   452 Sable Boulevard, Unit G, Aurora, CO 80011

    OLD address for creditor NOTICE:   3190 South Vaughn Way, Aurora, CO 80014

3. Court Claim Number:            7
   Amount of original claim:      $835.54

4. Creditor Counsel:        Sally E. Edison
                            Spilman Thomas & Battle, PLLC
                            301 Grant Street, Suite 3440
                            Pittsburgh, PA 15219
                            (412) 325-3304
                            sedison@spilmanlaw.com

Dated: 08/06/2025

Respectfully submitted,

*/s/ Dave Edwards*
Dave Edwards
Manager - Team Financial Services Group
ADT LLC
452 Sable Boulevard, Unit G
Aurora, CO 80011
(888) 303-1349
amscbankruptcyteam@adt.com