UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Janelle A. Dixon<br>                     Debtor<br><br>Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br><br>v.<br><br>Janelle A. Dixon<br>Kenneth E. West<br>                     Respondents | CASE NO.: 19-16266-pmm<br><br>CHAPTER 13<br><br>Judge: Patricia M. Mayer<br><br>Hearing Date:<br><br>Objection Deadline: |

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this __18th__ day of __September__, 20__25__, it is hereby ORDERED and DECREED that the Settlement Stipulation resolving Creditor, Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V's Motion for Relief from Automatic Stay is hereby APPROVED.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer, Bankruptcy Judge